July 26, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

JOSEPH R. WILLIE, II, Appellant

NO. 14-10-00900-CV                    V.

COMMISSION FOR LAWYER DISCIPLINE AND JUSTICE HOLLIS HORTON,
Appellees
_____

This cause, an appeal from a plea to the jurisdiction in favor of appellee, JUSTICE HOLLIS HORTON, signed September 9, 2010, and from a plea to the jurisdiction in favor of appellee, COMMISSION FOR LAWYER DISCIPLINE, signed September 13, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment.  We order the orders of the trial court **AFFIRMED**.

We order appellant, JOSEPH R. WILLIE, II, to pay all costs incurred in this appeal.  We further order this decision certified below for observance.